1 | Chao "Wendy" Wang (SBN 289325)
wwang@velaw.com
2 | VINSON & ELKINS LLP
3 | 555 Mission Street, Suite 2000
San Francisco, CA  94105
4 | Telephone: +1.415.979.6900
Fax: +1.415.651.8786
5
6 | Craig Tyler (*Pro Hac Vice Forthcoming*)
ctyler@velaw.com
7 | VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
8 | Austin, TX 78746
Telephone: +1.512.542.8440
9 | Fax: +1.512.236.3256
10
Attorneys for Defendants Lingang Investment LLC,
11 | Lingang American Innovation Center, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WEWORK COMPANIES INC.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>WEPLUS (SHANGHAI) TECHNOLOGY CO., LTD., WEPLUS USA LLC, SHANGHAI LINGANG ECONOMIC DEVELOPMENT (GROUP) CO., LTD., LINGANG INVESTMENT LLC, and LINGANG AMERICAN INNOVATION CENTER, INC.,<br><br>　　Defendants. | CASE NO. 5:18-cv-04543-EJD<br><br>**SECOND JOINT STIPULATION FOR EXTENSION TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT PER CIVIL L.R. 6-1(a)** |

**SECOND JOINT STIPULATION FOR EXTENSION TO RESPOND TO COMPLAINT**

1      IT IS HEREBY STIPULATED by the parties, pursuant to Civil L.R. 6-1(a), that the time for Defendants Lingang Investment LLC, Lingang American Innovation Center, Inc., WePlus (Shanghai) Technology Co., Ltd., and WePlus USA LLC to answer or otherwise respond to the Complaint (Dkt. 1) is extended until September 4, 2018.

On August 10, 2018, Plaintiff and Defendants Lingang Investment LLC and Lingang American Innovation Center, Inc. entered into a first stipulation extending those Defendants' time to answer or otherwise respond to the Complaint until August 28, 2018.  With respect to the deadline for Defendants WePlus (Shanghai) Technology Co., Ltd., and WePlus USA LLC, this is the first extension of their time to answer or otherwise respond to the Complaint.

The parties have been engaged in settlement discussions, which is why this stipulation extending the time to answer or otherwise respond to the Complaint is warranted.

In so stipulating, Defendants Lingang Investment LLC, Lingang American Innovation Center, Inc., WePlus (Shanghai) Technology Co., Ltd., and WePlus USA LLC expressly reserve, and do not waive, any and all defenses, including those enumerated in Fed. R. Civ. P. 12(b), and the parties agree that this stipulation shall not be deemed to have waived any such defenses.  However, should settlement talks fail and should Plaintiff proceed with its planned preliminary inunction motion, Defendants Lingang Investment LLC, Lingang American Innovation Center, Inc., WePlus (Shanghai) Technology Co., Ltd., and WePlus USA LLC agree that they will not cite any delay in the filing of Plaintiff's preliminary injunction motion as a defense to such a motion.

By the signature below, counsel for Defendants Lingang Investment LLC and Lingang American Innovation Center, Inc. hereby attest that all parties listed below concur in the filing of this document.

Dated: August 23, 2018

| | |
|---|---|
| CONRAD & METLITZKY LLP<br>*/s/ Warren Metlitzky*<br>WARREN METLITZKY<br><br>DEBEVOISE & PLIMPTON LLP<br>*/s/ David Bernstein*<br>DAVID H. BERNSTEIN<br><br>Attorneys for Plaintiff<br>WeWork Companies, Inc. | VINSON & ELKINS LLP<br>*/s/ Wendy Wang*<br>WENDY WANG<br><br>Attorneys for Defendants Lingang Investment LLC and Lingang American Innovation Center, Inc.<br><br>ZHONG LUN LAW FIRM LLP<br>*/s/ Leodis C. Matthews*<br><br>Attorneys for Defendants WePlus (Shanghai) Technology Co., Ltd. and WePlus USA LLC |