1  LEODIS C. MATTHEWS (SBN 109064)
   E-mail: LeodisMatthews@ZhongLun.com
2  DICK P. SINDICICH, Esq. SBN 78162
   E-mail: DickSindicich@ZhongLun.com
3  JEFFREY Z.Y. LIAO (SBN 288994)
   E-mail: JeffreyLiao@ZhongLun.com
4  **ZHONG LUN LAW FIRM LLP**
   4322 Wilshire Blvd., Suite 200
5  Los Angeles, California 90010
   Telephone: (323) 930-5690
6  Facsimile: (323) 930-5693

7  *Counsel of Record for Defendant WePlus USA LLC*

APPROVED
Judge Edward J. Davila
1/28/2019

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WEWORK COMPANIES INC., <br><br> Plaintiff, <br><br> v. <br><br> WEPLUS (SHANGHAI) TECHNOLOGY CO., LTD., WEPLUS USA LLC, SHANGHAI LINGANG ECONOMIC DEVELOPMENT (GROUP) CO., LTD., LINGANG INVESTMENT LLC, and LINGANG AMERICAN INNOVATION CENTER, INC., <br><br> Defendants. | CASE NO. 5:18-cv-04543-EJD <br><br> **JOINT STIPULATION FOR EXTENSION TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT PER CIVIL L.R. 6-1(A)** |

IT IS HEREBY STIPULATED by Plaintiff WeWork Companies, Inc. and Defendant WePlus (Shanghai) Technology Co., Ltd., pursuant to Civil L.R. 6-1(a), that the time for Defendant WePlus (Shanghai) Technology Co., Ltd. to answer or otherwise respond to the Complaint (Dkt. No. 1), is extended until February 4, 2019.

On August 23, 2018, Plaintiff and Defendant WePlus (Shanghai) Technology Co., Ltd. ("WePlus Shanghai") entered into a stipulation extending WePlus Shanghai's time to answer or otherwise respond to the Complaint until September 4, 2018.  Dkt. No. 29.

On September 4, 2018, Defendant WePlus (Shanghai) Technology Co., Ltd. filed a Motion to Quash.  Dkt. No. 32.  On January 10, 2019, after a hearing that day, the Court denied the Motion to Quash.  Dkt. No. 44.  Per Fed. R. Civ. P. 12(a)(4)(A), the responsive pleading must be served within 14 days after notice of the court's action, *i.e.*, by January 24, 2019.

Defendant WePlus Shanghai wishes to extend the time for it to answer or otherwise respond to the Complaint to February 4, 2019, and Plaintiff has stipulated to WePlus Shanghai's requested extension.  For these reasons, this stipulation extending the time to answer or otherwise respond to the Complaint is warranted.

With respect to the deadline for WePlus Shanghai to respond to the Complaint, this is the first extension requested after the Court's decision on WePlus Shanghai's Motion to Quash.  The requested time modification will otherwise have no effect upon the current schedule for the case as recently ordered by the Court.  Dkt. No. 44.

In so stipulating, Defendant WePlus (Shanghai) Technology Co., Ltd. expressly reserves, and does not waive, any and all defenses, including those enumerated in Fed. R. Civ. P. 12(b), and the parties agree that this stipulation shall not be deemed to have waived any such defenses. By the signature below, counsel for Defendant WePlus (Shanghai) Technology Co., Ltd. hereby attests that all parties listed below concur in the filing of this document.

Respectfully submitted,

Dated: January 24, 2019          By: */s/ Leodis C. Matthews*

LEODIS C. MATTHEWS (SBN 109064)
E-mail: LeodisMatthews@ZhongLun.com
**ZHONG LUN LAW FIRM LLP**

4322 Wilshire Blvd., Suite 200
Los Angeles, California 90010
Telephone: (323) 930-5690
Facsimile: (323) 930-5693

*Counsel of Record for Defendant WePlus (Shanghai) Technology Co., Ltd.*

CONRAD & METLITZKY LLP
*/s/ Warren Metlitzky*
WARREN METLITZKY

DEBEVOISE & PLIMPTON LLP
*/s/ David Bernstein*
DAVID H. BERNSTEIN

Attorneys for Plaintiff
WeWork Companies, Inc.