United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WEWORK COMPANIES INC., <br>     Plaintiff, <br> v. <br> WEPLUS USA LLC, et al., <br>     Defendants. | Case No. 5:18-cv-04543-EJD <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION** <br><br> Re: Dkt. No. 71 |

Plaintiff's motion for leave to file motion for reconsideration is **GRANTED**. The Court's September 2019 Order Granting Defendant's Motion to Dismiss for lack of jurisdiction is amended. *See* Dkt. 63. The Court originally granted Defendant's motion and dismissed the case with prejudice. However, pursuant to *Hampton v. Pacific Investment Management Co. LLC*, 869 F.3d 844, 846 (9th Cir. 2017) dismissal for lack of subject-matter jurisdiction should be without prejudice. Accordingly, the Court amends its September 2019 Order in that it dismisses the action without prejudice.[1]

**IT IS SO ORDERED.**

Dated: January 7, 2020

EDWARD J. DAVILA
United States District Judge

---

[1] An amended order will follow this Order.
Case No.: 5:18-cv-04543-EJD
ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION
1